**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

The Eastern Shawnee Tribe of Oklahoma, et al.,

Plaintiffs,

vs.

Gentner Drummond,
Douglas Pewitt,

Defendants.

Case No.: 4:23-cv-00105-JDR-SH
BASE FILE

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Eastern Shawnee Tribe of Oklahoma, the Ottawa Tribe of Oklahoma, the Seneca Cayuga Nation, the Miami Tribe of Oklahoma (collectively Plaintiffs) and Gentner Drummond and Douglas Pewitt (the Defendants), by and through undersigned counsel, hereby stipulate that this action and all claims, including counterclaims, and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Respectfully submitted,

**Date:** March 16, 2026

**Attorneys for Plaintiffs:**

JACOBSON, MAGNUSON, ANDERSON & HALLORAN P.C.

*s/* Joseph F. Halloran
Joseph F. Halloran (OBA #31905)
James K. Nichols (MN #388096)
Joy P. Parker (MN #402596)
380 Saint Peter Street, Suite 1250
Saint Paul, Minnesota 55102

Phone: (651) 644-4710
Email: jhalloran@thejacobsonlawgroup.com
Email: jnichols@thejacobsonlawgroup.com
Email: jparker@thejacobsonlawgroup.com
*Special Counsel for the Eastern Shawnee Tribe of Oklahoma*
*Special Counsel for the Ottawa Tribe of Oklahoma*
*Special Counsel for the Miami Tribe of Oklahoma*

MILITARY LAW GROUP

s/ Scott B. Goode
Scott B. Goode (OBA #20986)
1616 South Main Street
Tulsa, Oklahoma 74119
Phone: (918) 921-7376
Email: scott@militarylawok.com

*General Counsel for the Seneca-Cayuga Nation*
*Local Counsel for the Eastern Shawnee Tribe of Oklahoma, Ottawa Tribe of Oklahoma, and Miami Tribe of Oklahoma*

**Attorney for Defendants:**

OKLAHOMA OFFICE OF THE ATTORNEY GENERAL

s/ Garry M. Gaskins
Garry M. Gaskins, II (OBA #20212)
Solicitor General
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Phone: (405) 521-3921
Email: garry.gaskins@oag.ok.gov

*Counsel for Gentner Drummond and Douglas Pewitt*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed on record.

*s/* Joseph F. Halloran
Joseph F. Halloran